UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRON ESTUARDO GOMEZ-JUAREZ (A-Number: A-221-489-803), <br><br> Petitioner, <br><br> v. <br><br> WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, *et al.*, <br><br> Respondents. | No.  2:26-cv-01098-KES-CDB (HC) <br><br> ORDER SETTING BRIEFING SCHEDULE REGARDING PETITIONER'S PETITION <br><br> (Doc. 1) <br><br> **7-Day Deadline** |

### Background

Petitioner Jairon Estuardo Gomez-Juarez ("Petitioner"), a federal immigration detainee proceeding pro se, initiated this action on March 25, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). Petitioner filed a motion for temporary restraining order ("TRO") that same day. (Doc. 2). The Court directed Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders in similar cases. (Doc. 4).

On March 27, 2026, Respondents filed a response to the order to show cause. (Doc. 6). On March 31, 2026, the Court converted the motion for TRO into a motion for preliminary injunction and granted it. (Doc. 8). The assigned district judge referred the matter to the undersigned for further proceedings. *Id.* at 2 n.1, 3.

1

**Discussion**

In their response, Respondents request that the Court hold the proceedings in abeyance pending the resolution of certain appeals before the Ninth Circuit. (Doc. 6 at 2); *see* (Doc. 8 at 2 n.1). Given the presiding district judge's grant of Petitioner's motion for preliminary injunction (Doc. 8), the undersigned declines at present to hold the proceedings in abeyance pending appeals currently before the Ninth Circuit. *See Zadvydas v. Davis*, 533 U.S. 678, 690 (2001) (reaffirming that "freedom from imprisonment—from government custody, detention, or other forms of physical restraint—lies at the heart of the liberty that [the Due Process] Clause protects").

The undersigned will direct Respondents to file any supplemental briefing on the merits of Petitioner's petition for writ of habeas corpus (Doc. 1) and Petitioner to file any opposition or traverse thereto or statements of intent to file no further briefing or opposition.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Respondents SHALL FILE and SERVE any supplemental briefing on the merits of the petition (Doc. 1) or a statement of intent to file no further briefing no later than **seven (7) days** after entry of this order; and

2. Petitioner may file an optional traverse to Respondents' supplemental briefing on the merits of the petition no later than **14 days** after service of the supplemental briefing.

IT IS SO ORDERED.

Dated:    **April 1, 2026**

_____
UNITED STATES MAGISTRATE JUDGE